UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,              )
                                       )   Case No.: 2:12-cr-306 LRH VCF
              Plaintiff,               )
                                       )   ORDER ON MOTION FOR AMENDED
     vs.                               )   JUDGMENT
                                       )
JOSEPH GLENDON AUSTIN,                 )
                                       )
              Defendant.               )
                                       )

 

On June 6, 2013, the Court sentenced the defendant to forty-eight (48) months

imprisonment on Counts 1 and 13 of the Indictment, three years supervised release, a $200.00

assessment fee, and restitution of $64,921.61.

On June 20, 2013, the government filed an unopposed motion to amend judgment

requesting that the judgment reflect a restitution amount of $79,622.61 so that cash seized from

the defendant can be applied to the restitution amount and properly accounted for by the IRS.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

judgment entered on June 13, 2013 is amended and restitution to the IRS in the amount of

$79,622.61 is ordered.

DATED this _12th _ day of August, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2